**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

GENE M. VALENTINO,

    Plaintiff,

v.                                        Case No. 3:06cv504/MCR/EMT

MONICA BOND, et al.,

    Defendants.
_____/

**O R D E R**

    This breach of contract action was initiated by Plaintiff under 28 U.S.C. §1332. Defendants Monica Bond and The Bond Partnership have filed a Motion to Dismiss for Lack of Personal Jurisdiction. (Doc. 8). Plaintiff has filed a response in opposition and has requested an opportunity for discovery on the jurisdictional issue, as well as an evidentiary hearing. (See doc. 15). Both parties have requested oral argument. (Doc. 17). Upon initial review of the motion and response, the Court finds that an evidentiary hearing is necessary to resolve the disputed issues of fact on the question of personal jurisdiction as presented in the parties' affidavits. Further, the Court shall permit limited discovery on the issue of personal jurisdiction. Accordingly, it is

    ORDERED:

    1.    The parties shall be permitted to conduct limited discovery on the issue of personal jurisdiction. This discovery shall be completed on or before August 27, 2007.

    2.    All evidence for consideration in relation to the disputed issue of jurisdiction shall be submitted to the Court no later than September 10, 2007.

    3.    An evidentiary hearing shall be conducted in this matter on **Friday, September 14, 2007, at 2:00 PM, at the United States District Court, 1 North Palafox**

**Street, Courtroom 4 North, Pensacola**, **Florida**.  The parties may present their oral arguments at the hearing.  The joint motion for same (doc. 17) is GRANTED.

    4.    The time allotted for the hearing is three hours.

**DONE and ORDERED** on this 13th day of July, 2007.

          *s/ M. Casey Rodgers*
          **M. CASEY RODGERS**
          **UNITED STATES DISTRICT JUDGE**