# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**GENE M. VALENTINO,**

       **Plaintiff,**

v.                                                  **Case No. 3:06cv504/MCR/EMT**

**MONICA BOND, et al.,**

       **Defendants.**

_____/

## ORDER AND NOTICE

Defendants Monica Bond and The Bond Partnership have filed a motion for partial summary judgment. (Doc. 67).  The court shall take the instant motion under advisement on **March 19, 2008.**[1]  Because the court does not contemplate scheduling a hearing on the motion, the parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure *before* the above date.  Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the court in ruling on the motion for partial summary judgment.

A motion for summary judgment will result in a final judgment being entered for the moving party if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials filed in the record show that there is no genuine[1] issue as to any material fact and that the moving party is entitled to

---

[1] The response to a motion for summary judgment must be filed within the time prescribed by the Federal Rules of Civil Procedure and the Local Rules.

judgment as a matter of law.  FED. R. CIV. P. 56.

As a final matter, the court directs defendants to submit hard (i. e., paper) copies of their motion for summary judgment and all exhibits, along with any other evidentiary materials they may wish to file, to the undersigned's chambers no later than the aforementioned advisement date of **March 19, 2008**.  Likewise, upon plaintiff's timely filing any evidentiary materials as well as his response to the motion for summary judgment he should also submit hard copies to chambers.

DONE and ORDERED on this 28th day of February, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**